## 54917. GEIGER FINANCE COMPANY v. SCOTT VENDING COMPANY et al.

BELL, Chief Judge.

This is an appeal from an order in which final judgments were set aside on motion. The grant of a motion to set aside a judgment leaves the case pending in the court below and is not a final judgment. *Mayson v. Malone,* 122 Ga. App. 814 (178 SE2d 806). As review of this order has not been authorized under the interlocutory procedure, the appeal is premature and must be dismissed.

*Appeal dismissed. McMurray and Smith, JJ., concur.*

ARGUED NOVEMBER 1, 1977 — DECIDED
NOVEMBER 16, 1977.

*Kirby G. Bailey,* for appellant.
*Leon L. Rice, III,* for appellees.